AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANGEL HECTOR GARCIA-VASQUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2169-JM

I, ANGEL HECTOR GARCIA-VASQUEZ  , the above named defendant, who is accused

of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  6/30/08           prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

Angel garcia
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer